**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

| | | |
|---|---|---|
| **TROY BLACK,** | ) | |
| Plaintiff, | ) | |
| | ) | **CASE NO.** 8:26-cv-2548-JLB-SPF |
| v. | ) | |
| **TRANSUNION, LLC., EQUIFAX INFORMATION SERVICES LLC., EXPERIAN INFORMATION SOLUTIONS, INC.,** | ) | |
| Defendant. | ) | |

# COMPLAINT AND DEMAND FOR JURY TRIAL

## I. INTRODUCTION

**COMES NOW** the Plaintiff, Troy Black ("Black" or "Plaintiff"), an individual consumer, files this Complaint against Defendants Trans Union, LLC and Equifax Information Services, LLC and Experian Information Solutions Inc., (collectively referred to as the "CRAs"). Plaintiff alleges as follows:

## II. JURISDICTION AND VENUE



$405
TPA74812

1. This Court has subject-matter jurisdiction pursuant to 28 U.S.C. § 1331 because this action arises under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681 et seq., a federal statute. This Court also has authority to award damages and equitable relief pursuant to 15 U.S.C. §§ 1681n and 1681o.
2. Venue is proper in the United States District Court for the Middle District of Florida pursuant to 28 U.S.C. § 1391(b)(1) and (b)(2). A substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

## III. PARTIES

3. Plaintiff Troy Black is a natural person residing in the State of Florida.
4. Plaintiff Troy Black is a "consumer" as that term is defined by the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681a(b) and (c).
5. Upon information and belief, Defendant Trans Union, LLC is an Illinois corporation duly authorized and qualified to conduct business in the State of Georgia.
6. Defendant Trans Union, LLC is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) and regularly assembles and disseminates consumer reports to third parties for monetary compensation.
7. Upon information and belief, Defendant Equifax Information Services, LLC is a Georgia corporation with its principal place of business in Atlanta,

Georgia, and is duly authorized and qualified to conduct business in the State of Georgia.

8. Defendant Equifax Information Services, LLC is a “consumer reporting agency” as defined in 15 U.S.C. § 1681a(f) and regularly assembles and disseminates consumer reports to third parties for monetary compensation.

9. Upon information and belief, Defendant Experian Information Solutions Inc., is an California corporation duly authorized and qualified to conduct business in the State of Georgia

10. Defendant Experian Information Solutions, Inc., is a “consumer reporting agency” as defined in 15 U.S.C. § 1681a(f) and regularly assembles and disseminates consumer reports to third parties for monetary compensation.

## IV. FACTUAL ALLEGATIONS

11. On or about August 02, 2026, Plaintiff Troy Black obtained copies of his consumer credit disclosures from Defendant Equifax Information Services, LLC, Defendant Trans Union, LLC, and Defendant Experian Information Solutions Inc., through www.annualcreditreport.com.

<u>Equifax Confirmation Number: 6214547158</u>

12. Pursuant to 15 U.S.C. § 1681g(a), Equifax was required to clearly and accurately disclose to Plaintiff Troy Black all information contained in his

credit file, subject only to the limited statutory exception permitting truncation of the Social Security number.

13. Equifax's disclosure omitted critical information contained within Plaintiff's credit file, thereby failing to meet the requirements of 15 U.S.C. § 1681g(a).

14. The omitted data included inaccurate information, re-aged data, and incomplete account details.

15. The accounts with known inaccuracies or incomplete data included.

16. These errors and omissions were numerous and included, but were not limited to, the following: incomplete account numbers; incomplete credit limits; missing or inaccurate terms and durations; incorrect reporting of payment frequency; missing or inaccurate activity designators; incorrect dates of last payment; inaccurate actual payment amounts; incorrect scheduled payment amounts; inaccurate dates of last activity; incorrect dates of first delinquency; inaccurate charge-off amounts; missing or inaccurate deferred payment start dates; incorrect balloon payment amounts; incorrect balloon payment dates; and incorrect account status information.

17. ***NAVY FEDERAL CREDIT UNION *1040*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of

last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

18. ***CAPITAL ONE BANK USA NA *0650*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

19. ***NAVY FEDERAL CREDIT UNION *9901*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred

20. ***NAVY FEDERAL CREDIT UNION *0087*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of

last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred

21. ***MEMBERS HERITAGE FED CU *3300*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

22. ***CAPITAL ONE BANK USA NA *3693*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

23. ***NAVY FEDERAL CREDIT UNION *1768*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of

last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

24.***SAFE HOME SECURITY, INC *7031*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

25.***AMERICAN EXPRESS *7553*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

26.***NAVY FEDERAL CREDIT UNION *7357*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing,

scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

27. ***JPMCB CARD SERVICES *1308*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

28. ***JPMCB CARD SERVICES *5127*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

29. ***CREDIT ONE BANK *3019*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

30. ***NAVY FEDERAL CREDIT UNION *4966*** full account number missing, original creditor is missing, credit limit missing, date of last activity missing, scheduled payment amount missing, actual payment amount missing, date of last payment missing, term duration missing, charge-off amount missing, date closed missing, activity designator missing, terms frequency missing, deferred payment start date missing, balloon payment amount missing, balloon payment date missing, and payment history missing.

<u>Transunion File Number: 416652700</u>

31. Similarly, Defendant Trans Union, LLC was required under 15 U.S.C. § 1681g(a) to provide a complete, clear, and accurate disclosure of all information contained in Plaintiff Troy Black's credit file, subject only to the same limited statutory exception regarding Social Security number truncation.

32. Defendant Trans Union, LLC's disclosure failed to include key information from Plaintiff Troy Black's credit file.

33. The inaccuracies included erroneous data, incomplete payment histories, missing source information, and missing or incomplete dates of activity.

34. The affected accounts included:

35. ***AMERICAN EXPRESS 349992605021******* full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

36. ***CREDIT ONE BANK 444796265745******* full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

37. ***JPMCB CARD SERVICES 424631535084******* full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

38. ***JPMCB CARD SERVICES 426684168077******* full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

39. ***NAVY FEDERAL CR UN 5000014032160019920******* full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

40. ***NAVY FEDERAL CR UN 5000014060955555074***** full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

41. ***NAVY FEDERAL CR UN 5000015422172019996***** full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

42. ***NAVY FEDERAL CR UN 4300158045***** full account number is missing, payment history balance missing, amount paid missing, past due missing, scheduled payment missing, and rating missing.

Experian Report Number: 2466-4581-38

43. Experian was also required under 15 U.S.C. § 1681g(a) to clearly and accurately disclose to Black all the information in his file, subject to the same limited exception regarding truncation of the Social Security Number.

44. Experian's disclosure omitted critical information contained within his credit file, thereby failing to meet this requirement.

45. The omitted data included inaccurate information, re-aged data, and incomplete account details.

46. The accounts with known inaccuracies or incomplete data included:

47. ***ADS/COMENITY/BIGLOT 778840xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

48. ***CAPITAL ONE 517805xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

49. ***CAPITAL ONE 552869xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

50. ***CREDIT ONE BANK 444796xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

51. ***JPMCB CARD 424631xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

52. ***JPMCB CARD 426684xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

53. ***MEMBERS HERITAGE CU INC 104425xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

54. ***NAVY FEDERAL CR UNION 430015xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

55. ***NAVY FEDERAL CR UNION 430015xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

56. ***NAVY FEDERAL CR UNION 500001xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

57. ***NAVY FEDERAL CR UNION 500001xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

58. ***NAVY FEDERAL CR UNION 500001xxxx*** full account number missing, balance missing, balance updated missing, recent payment missing, monthly payment missing, highest balance missing payment history missing.

59. These errors and omissions were numerous and included, but were not limited to, the following: Under 15 U.S.C. § 1681g(a), upon receipt of

Black's request, all Defendants were legally obligated to provide Plaintiff with a complete and accurate disclosure of all information in his credit files at the time of her request.

60. Defendants provided an electronic copy of Black's Consumer Disclosure via www.annualcreditreport.com.

61. Rather than comply with the FCRA, each Defendant knowingly and intentionally failed to disclose all of the information in Black's credit file.

62. These omissions appear to have been driven by a desire to reduce operating costs and increase profitability.

63. Accordingly, Equifax, Experian and TransUnion, violations of the FCRA were willful.

64. Black is entitled to receive a complete, accurate, and transparent disclosure of his credit file from each CRA upon demand, at least once a year without charge, and that disclosure must be presented clearly and accurately. See 15 U.S.C. § 1681j.

65. By failing to meet this requirement, Defendants deprived Black of a right expressly granted by federal law.

66. These violations were willful, not negligent, and were carried out through systemic procedures that prioritized internal efficiency over the accuracy and completeness of consumer disclosures. Defendants' practices suggest an

institutional disregard for their statutory obligations under the FCRA. Black relied on the information the report to be accurate and complete therefore to prevent dissemination of a misleading report. This left Black confused and distressed as all Defendants made it hard to correct his credit profile. Black suffers from emotional distress from the incomplete and inaccurate reporting by anxiety, depression, fear, numbness, difficulty regulating emotions and self-hatred. Black has lost money with the postage from Defendants not providing complete and accurate profiles.

## V. CLAIMS FOR RELIEF
## COUNT I
## VIOLATIONS OF THE FCRA

67. Plaintiff incorporates by reference all of the above paragraphs of this Complaint as though fully stated herein

68. Defendants violated the FCRA.

69. Defendants violated 15 U.S.C. § 1681g by failing to clearly and accurately disclose all of the information in Plaintiff's consumer file at the time of the request.

70. Trans Union's, Experian's and Equifax's conduct in violating the FCRA was willful, rendering them liable to Plaintiff for actual damages, statutory damages, punitive damages, costs, and fees in an amount to be determined pursuant to 15 U.S.C. § 1681n.

71. In the alternative, they were negligent, which entitles Plaintiff to recovery under 15 U.S.C. § 1681o.

## JURY DEMAND PRAYER FOR RELIEF

WHEREFORE, Plaintiff Troy Black respectfully requests that this Honorable Court enter judgment in favor of Plaintiff and against Defendants Trans Union, LLC., Experian Information Solutions Inc., and Equifax Information Services, LLC, for the following:

a. Judgment that Defendants violated the FCRA;

b. Actual or Statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

c. Punitive and/or statutory damages pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o;

d. Costs, and reasonable fees incurred in this action pursuant to 15 U.S.C. § 1681n and 15 U.S.C. § 1681o; and

e. For such other and further relief as the Court may deem just and proper.

Respectfully submitted,

By: Troy Black

**Troy Black**
Blackt5493@gmail.com
4737 Woods Landing Ln
Tampa, FL 33619
Phone: (859) 494-9533
***Pro Se Plaintiff***